# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Joseph Hughes Sr. aka James Joseph Hughes aka James J. Hughes, Sr. aka James Hughes aka James J. Hughes aka James Hughes, Sr<br>　　　Ashley Ann Hughes aka Ashley A. Hughes aka Ashley Hughes<br>　　　　　　　　Debtor(s) | BK NO. 24-00276 MJC<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ *Michael Farrington*
　　　　　　　　　　　　　　　Michael Farrington
　　　　　　　　　　　　　　　12 Feb 2024, 19:49:15, EST


　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　215-627-1322