United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00276-MJC
James Joseph Hughes, Sr.  Chapter 13
Ashley Ann Hughes
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 29, 2024     Form ID: pdf010     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | James Joseph Hughes, Sr., Ashley Ann Hughes, 116 Moosic St, Olyphant, PA 18447-1712 |
| 5594251 | + | Net Federal Cu, 119 Mulberry Street, Scranton, PA 18503-1207 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594239 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 18:55:53 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5594240 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 18:55:45 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5594241 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 29 2024 18:56:16 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5594243 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 29 2024 18:52:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5594242 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 29 2024 18:52:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 5594244 | ^ | MEBN | Feb 29 2024 18:47:11 | KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5594246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 29 2024 18:55:44 | LVNV Funding, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5594245 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 29 2024 18:52:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Mail Stop Ms5/251, Coral Gables, FL 33146-1837 |
| 5594247 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 29 2024 18:52:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5594248 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 18:52:00 | Midland Credit Management, Attn: Bankruptcy Dept, PO Box 939069, San Diego, CA 92193-9069 |
| 5594249 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 29 2024 18:52:00 | Midland Credit Manegement, Attn: Bankruptcy Dept, PO Box 939069, San Diego, CA 92193-9069 |
| 5594250 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 29 2024 18:52:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5595714 | | Email/Text: bnc-quantum@quantum3group.com | Feb 29 2024 18:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5594252 | | Email/Text: bankruptcy@springoakscapital.com | Feb 29 2024 18:52:00 | Spring Oaks Capital LLC, Attn: Bankruptcy, PO |

| | | | | |
|---|---|---|---|---|
| 5594764 | + | Email/Text: famc-bk@1stassociates.com | | Box 1216, Chesapeake, VA 23327 |
| | | | Feb 29 2024 18:52:00 | The Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 James Joseph Hughes Sr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| James Joseph Hughes, Sr. | : | |
| Ashley Ann Hughes | : | |
| Debtors | : | CASE NO.: 5:24-bk-00276-MJC |
| James Joseph Hughes, Sr. | : | |
| Ashley Ann Hughes | : | |
| Movants | : | |
| vs. | : | |
| Mr. Cooper/Lakeview Loan Servicing, LLC and | : | |
| Jack N. Zaharopoulos | : | |
| Respondents | : | |

## ORDER

Upon consideration of Debtors' Motion to Extend the Automatic Stay, Dkt. # 14 ("Motion"), after notice, no objections having been filed thereto, and after a hearing held on February 29, 2024, it is hereby:

**ORDERED**, that the Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 29, 2024