United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00276-MJC |
| James Joseph Hughes, Sr. | Chapter 13 |
| Ashley Ann Hughes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 11, 2024      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James Joseph Hughes, Sr., 116 Moosic St, Olyphant, PA 18447-1712 |
| jdb | | Ashley Ann Hughes, 116 Moosic St, Olyphant, PA 18447-1712 |
| 5594251 | + | Net Federal Cu, 119 Mulberry Street, Scranton, PA 18503-1207 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5594239 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 19:02:21 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5594240 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 19:02:09 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5594241 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 11 2024 19:02:21 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5594243 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 11 2024 18:55:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 5594242 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 11 2024 18:55:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 5594244 | ^ | MEBN | Mar 11 2024 18:53:37 | KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 5594246 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:11 | LVNV Funding, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5601276 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594245 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 11 2024 18:54:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Mail Stop Ms5/251, Coral Gables, FL 33146-1839 |
| 5599518 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2024 19:02:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5594247 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 11 2024 18:54:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5594248 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2024 18:55:00 | Midland Credit Management, Attn: Bankruptcy Dept, PO Box 939069, San Diego, CA 92193-9069 |
| 5594249 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2024 18:55:00 | Midland Credit Manegement, Attn: Bankruptcy Dept, PO Box 939069, San Diego, CA 92193-9069 |
| 5594250 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| | | | |
|---|---|---|---|
| | | Mar 11 2024 18:54:00 | Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5599582 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:17 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5595714 | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2024 18:55:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5594252 | Email/Text: bankruptcy@springoakscapital.com | Mar 11 2024 18:54:00 | Spring Oaks Capital LLC, Attn: Bankruptcy, PO Box 1216, Chesapeake, VA 23327 |
| 5594764 | + Email/Text: famc-bk@1stassociates.com | Mar 11 2024 18:55:00 | The Bank of Missouri, 2700 S Lorraine Pl, Sioux Falls, SD 57106-3657 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Ashley Ann Hughes MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 James Joseph Hughes  Sr. MyLawyer@JPPLaw.com, g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James Joseph Hughes, Sr., aka James J. Hughes, Sr., aka James Joseph Hughes, aka James Hughes, aka James Hughes, Sr., aka James J. Hughes, | Chapter 13 |
| | Case No. 5:24−bk−00276−MJC |
| **Debtor 1** | |
| Ashley Ann Hughes, aka Ashley A. Hughes, aka Ashley Hughes, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 25, 2024<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)