IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
JAMES JOSEPH HUGHES, SR. and : Chapter 13
ASHELY ANN HUGHES, :
:
Debtor(s) : Case No.: 24-bk-00276-MJC

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**PRAECIPE TO WITHDRAW MOTION TO AUTHORIZE POST PETITION RETAINER**

Please withdraw the Motion to Authorize Post Petition Retainer as it was filed in the wrong case.

Respectfully submitted,

DURKIN LAW, LLC

/s/ Jill E, Durkin
Jill E. Durkin, Esquire
Attorney for Chapter 7 Trustee
Supreme Court I.D. No. 88640
401 Marshbrook Road
Factoryville, PA 18419
570-881-4158
jilldurkinesq@gmail.com